# United States Court of Appeals
## For the First Circuit

Nos. 19-1174

CHRISTOPHER O. BRANDT,

Plaintiff, Appellant,

v.

JOSEPH FITZPATRICK, in his official capacity as the Commissioner of the Maine Department of Corrections; SCOTT LANDRY,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on April 22, 2020, is amended as follows:

On page 8, line 20, "inference" is changed to "inferences."

On page 23, line 8, "Brant" is changed to "Brandt."